**STATE of Missouri, Respondent,**

v.

**Alfred Javier CONTRERAS, Appellant.**

**Nos. WD 48369, WD 50195.**

Missouri Court of Appeals,
Western District.

Nov. 7, 1995.

James Ochs, Charles Clifford Schwartz, Jr., St. Louis, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

The defendant appeals from his conviction of stealing property worth at least $150, § 570.030, RSMo 1994, and from the denial of his Rule 29.15 motion for post-conviction relief. Affirmed. Rules 30.25(b) and 84.16(b).